# Court of Appeals
# of the State of Georgia

ATLANTA,    July 15, 2014

*The Court of Appeals hereby passes the following order:*

## A14E0034.  ALLISON N. MARKS v. LILTON J. MARKS, JR.

Allison N. Marks filed this motion seeking an extension of time in which to file an application for discretionary appeal from the trial court's order denying her motion to set aside or amend a settlement agreement. It appears from the material submitted, however, that the settlement agreement was incorporated into the parties' divorce decree. The Georgia Supreme Court has jurisdiction over all divorce and alimony cases. Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6). Because the order that Marks seeks to appeal appears to be ancillary to the divorce action, the Supreme Court has jurisdiction over the application. See *Evers v. Evers*, 277 Ga. 132 (587 SE2d 22) (2003). Under these circumstances, this motion for an extension of time is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/15/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*